# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: GARTH G. MILLER, JR. & RHONDA R. MILLER  
PO BOX 8234  
ROCKFORD, IL  61126  
SSN-xxx-xx-8895 & xxx-xx-0664

Case Number: 04-73418

Case filed on: 7/6/2004  
Plan Confirmed on: 10/15/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $122,763.15

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 48,804.98 | 0.00 |
| 004 | GMAC MORTGAGE CORPORATION | 0.00 | 0.00 | 13,650.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 62,454.98 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 008 | MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DBR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RECEIVABLE MANAGEMENT SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CAVALRY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | LAW OFFICES OF MITCHEL N. KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RISK MANAGEMENT ALTERNATIVES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | FOCUS RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 203 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 205 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | GARTH G. MILLER, JR. | 0.00 | 0.00 | 1,040.62 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,040.62 | 0.00 |
| 002 | FISHER & FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 8,335.12 | 8,335.12 | 8,335.12 | 0.00 |
| 003 | COUNTRYWIDE HOME LOANS | 150.00 | 150.00 | 150.00 | 0.00 |
| 005 | GMAC MORTGAGE CORPORATION | 1,717.82 | 1,717.82 | 1,717.82 | 0.00 |
| 005 | GMAC MORTGAGE CORPORATION | 250.00 | 250.00 | 250.00 | 0.00 |
| 006 | FORD MOTOR CREDIT CORP | 17,350.00 | 17,350.00 | 17,350.00 | 1,302.82 |
|  | Total Secured | 27,802.94 | 27,802.94 | 27,802.94 | 1,302.82 |
| 006 | FORD MOTOR CREDIT CORP | 410.54 | 410.54 | 410.54 | 0.00 |
| 007 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,129.48 | 2,129.48 | 2,129.48 | 0.00 |
| 009 | RESURGENT CAPITAL SERVICES | 428.18 | 428.18 | 428.18 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 766.44 | 766.44 | 766.44 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 2,909.70 | 2,909.70 | 2,909.70 | 0.00 |
| 014 | DEFINITY HEALTH | 1,936.84 | 1,936.84 | 1,936.84 | 0.00 |
| 015 | DISCOVER FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FINGERHUT CREDIT ADVANTAGE | 407.06 | 407.06 | 407.06 | 0.00 |
| 019 | PHILLIPS 66 | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | EMERGE MASTERCARD GOLD | 2,180.02 | 2,180.02 | 2,180.02 | 0.00 |
| 023 | RESURGENT CAPITAL SERVICES | 2,011.20 | 2,011.20 | 2,011.20 | 0.00 |
| 024 | RESURGENT CAPITAL SERVICES | 1,983.63 | 1,983.63 | 1,983.63 | 0.00 |
| 026 | RESURGENT CAPITAL SERVICES | 445.49 | 445.49 | 445.49 | 0.00 |
| 028 | SST | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | B-LINE LLC | 7,892.70 | 7,892.70 | 7,892.70 | 0.00 |
| 033 | MUTUAL MANAGEMENT SERVICES | 30.33 | 30.33 | 30.33 | 0.00 |
| 034 | MUTUAL MANAGEMENT SERVICES | 84.57 | 84.57 | 84.57 | 0.00 |
|  | Total Unsecured | 23,616.18 | 23,616.18 | 23,616.18 | 0.00 |
|  | Grand Total: | 54,119.12 | 54,119.12 | 117,614.72 | 1,302.82 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $118,917.54 |
| Trustee Allowance: | $3,845.61 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan